**FILED**

01/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0586

No. DA 20-0586

**In the Supreme Court of the State of Montana**

DUAL TRUCKING OF MONTANA, LLC,

*Plaintiff-Appellant,*

v.

GARTH AND WAGNER HARMON,

*Defendants-Appellees.*

On Appeal from the Montana Fifteenth Judicial District
Roosevelt County

The Honorable David Cybulski, Presiding

**Order Granting Unopposed Motion for Extension of Time**

Pursuant to Mont. R. App. P. 26(1), Appellant is granted a 30-day extension of time up to and including March 8, 2021, to file its Opening Brief on Appeal.